# ALAN M. NELSON
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

December 14, 2019

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Kyrylo Samoilenko
    18-CR-259(PKC)

Dear Judge Castel:

Please accept this correspondence as a request to adjourn the sentencing of Mr. Samolenko presently scheduled for January 8, 2020 to January 21, 2020, a date and time the Court's Deputy has advised is convenient to the Court.

Respectfully submitted,

Alan Nelson

SO ORDERED: _____
HON. P. KEVIN CASTEL, U.S.D.J.

Sentencing Conference Adjourned
From: January 1, 2020
To: January 21, 2020 at 11:00 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 12-16-19